PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DOW R. HUFFMAN, | ) | |
| | ) | CASE NO.  4:23CV43 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NORTHEAST OHIO CORRECTIONAL | ) | |
| CENTER, *et al*., | ) | |
| | ) | |
| Defendants. | ) | **ORDER** |

Pending in the above-entitled action is the unopposed oral Motion for Leave to Depose Plaintiff Dow R. Huffman.  For good cause shown, the motion is granted.

Before conducting a deposition, "[a] party must obtain leave of court . . . if the deponent is confined in prison."  Fed. R. Civ. P. 30(a)(2)(B).  However, Defendants have the right to depose a prisoner plaintiff.  *See Kendrick v. Schnorbus*, 655 F.2d 727, 729 (6th Cir. 1981) (noting that the protections of Rule 30(a)(2) are not imperative "whe[n] the prisoner himself is the plaintiff in a civil rights litigation, and therefore is the very party who initiates the action of his own choice").  Leave is granted to depose Plaintiff Dow R. Huffman at Pickaway Correctional Institute in Orient, Ohio on a date agreed to by the Superintendent/Warden of the facility and lead counsel of record.

IT IS SO ORDERED.

| | |
|---|---|
| May 31, 2023 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |